IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL T. WHITE, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 15-1345 |
| v. | : | |
| PNC BANK, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 11th day of February, 2016, this matter having come before the Court on Plaintiff's Motion for a Protective Order (Doc No. 43), and the Court having reviewed the Motion and the Opposition thereto (Doc. No. 44), it is hereby ORDERED that Plaintiff's Motion is DENIED. Plaintiff shall respond to Defendant's Second Set of Interrogatories in the manner set forth in the Memorandum Opinion that accompanies this Order.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE