IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL T. WHITE, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 15-1345 |
| | : | |
| v. | : | |
| | : | |
| PNC BANK, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 11th day of April, 2016, upon consideration of Defendant PNC Bank National Association's Motion for Summary Judgment (Doc. No. 47) and the briefing in support thereof and in opposition thereto, it is hereby ORDERED that:

1. Defendant's Motion is GRANTED and this case is dismissed with prejudice.
2. The Clerk is directed to mark this matter as closed.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE